# Naughton, Edward J.

| | |
|---|---|
| **From:** | Morton, Mindy <mindy.morton@procopio.com> |
| **Sent:** | Wednesday, June 12, 2019 2:17 PM |
| **To:** | Naughton, Edward J. |
| **Subject:** | Your subpoena to Knock Knock Whois Not There in Jafarian v. Doe |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**External E-mail. Use caution accessing links or attachments.**

Dear Mr. Naughton,

I represent Knock Knock Whois Not There, LLC, and I am responding regarding the subpoena recently served in Jafarian v. Doe.  I've reviewed the subpoena and the court docket, and I don't see a court order permitting early discovery per FRCP 26.  If you have already obtained a court order, please forward it to me.  Otherwise, my client objects to responding as the subpoena was served prior to the FRCP 26 (f) conference, and thus requires a court order based on good cause.  I am happy to discuss if you have any questions or concerns, although I will be out of the office next week.

Regards,
Mindy Morton

**MINDY MORTON**
PARTNER

—

P. 650.645.9020 | F. 650.687.8320 | mindy.morton@procopio.com
1117 S CALIFORNIA AVE, SUITE 200, PALO ALTO, CA 94304
**View Profile | LinkedIn | procopio.com**



mailgw01.procopio.com made the following annotations
---------------------------------------------------------------------
Wed Jun 12 2019 11:16:40

This is an email from Procopio, Cory, Hargreaves & Savitch LLP, Attorneys at Law. This email and any attachments hereto may contain information that is confidential and/or protected by the attorney-client privilege and attorney work product doctrine. This email is not intended for transmission to, or receipt by, any unauthorized persons. Inadvertent disclosure of the contents of this email or its attachments to unintended recipients is not intended to and does not constitute a waiver of attorney-client privilege or attorney work product protections. If you have received this email in error, immediately notify the sender of the erroneous receipt and destroy this email, any attachments, and all copies of same, either electronic or printed. Any disclosure, copying, distribution, or use of the contents or information received in error is strictly prohibited.
---------------------------------------------------------------------