## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABBAS JAFARIAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) No: 1:19-cv-11205-RWZ |
| | ) |
| JOHN DOE, | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Abbas Jafarian hereby gives notice that his complaint in this action is dismissed, without prejudice.

Respectfully submitted,

**ABBAS JAFARIAN**
By his attorneys,

*/s/ Edward J. Naughton*
Edward J. Naughton (BBO # 600059)
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
enaughton@brownrudnick.com

DATED:	August 26, 2019

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                    */s/ Edward J. Naughton*
                                                    Edward J. Naughton

Dated: August 26, 2019